# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 15-17089-amc** |
| **William P. Whearty** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **U.S. Bank National Association, as** | : | Date and Time of Hearing |
| **Trustee for GreenPoint Mortgage** | : | October 18, 2016 at 11:00 a.m. |
| **Funding Trust Mortgage Pass-Through** | : | Place of Hearing |
| **Certificates, Series 2007-AR2** | : | _____ |
| Movant, | : | **U.S. Bankruptcy Court** |
| vs | : | **900 Market Street** |
| | : | **Philadelphia, PA 19107** |
| **William P. Whearty** | : | |

**William C. Miller**
                    **Respondents.**

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

    U.S. Bank National Association, as Trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR2 has filed a Motion for Relief from the Automatic Stay to permit U.S. Bank National Association, as Trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR2 to foreclose on 718 Pine Street, Darby, PA 19023 (First Mortgage).

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before September 27, 2016, you or your attorney must do **ALL** of the following:

    A.    File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    U.S. Bankruptcy Court
    900 Market Street
    Philadelphia, PA, 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

15-031352_FXF

    B.    Mail a copy to the Creditor's attorney and the below listed:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA  19107
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on October 18, 2016 at 11:00 a.m. in Courtroom Number 5, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:   9/12/16                       

15-031352_FXF

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 15-17089-amc** |
| **William P. Whearty** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **U.S. Bank National Association, as** | : | Date and Time of Hearing |
| **Trustee for GreenPoint Mortgage** | : | **October 18, 2016 at 11:00 a.m.** |
| **Funding Trust Mortgage Pass-Through** | : | Place of Hearing |
| **Certificates, Series 2007-AR2** | : | _____ |
| **Movant,** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street** |
| vs | : | **Philadelphia, PA 19107** |
| | : | |
| **William P. Whearty** | : | |

**William C. Miller**

          **Respondents.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date, and Motion for Relief from the Automatic Stay to permit U.S. Bank National Association, as Trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR2 to foreclose on 718 Pine Street, Darby, PA 19023 (First Mortgage) was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Michael Seth Schwartz, Attorney for William P. Whearty, 707 Lakeside Office Park, Southampton, PA 18966, msbankruptcy@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 12, 2016:

15-031352_FXF

William P. Whearty, 1620 Hampton Road, Havertown, PA  19083

William P. Whearty, 718 Pine Street, Darby, PA 19023

DATE:  9//12/16

/s/ Karina Velter

Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

15-031352_FXF