# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 15-17089-amc |
| William P. Whearty | Chapter 13 |
| | Judge Ashely M. Chan |
| Debtor(s) | ************** |
| | |
| U.S. Bank National Association, as | Date and Time of Hearing |
| Trustee for GreenPoint Mortgage | October 18, 2016 at 11:00 a.m. |
| Funding Trust Mortgage Pass-Through | Place of Hearing |
| Certificates, Series 2007-AR2 | |
| Movant, | U.S. Bankruptcy Court |
| vs | 900 Market Street |
| | Philadelphia, PA 19107 |
| William P. Whearty | |
| William C. Miller | |
| Respondents. | |

## ORDER OF COURT

AND NOW, this ____ day of _____, 20__, upon consideration of the Motion for Relief from the Automatic Stay filed by U.S. Bank National Association, as Trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR2 ("Creditor"), it is hereby **ORDERED**, that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of U.S. Bank National Association, as Trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR2 in and to the Real Property of Debtor located at 718 Pine Street, Darby, PA 19023 and more particularly described in the Mortgage, recorded February 2, 2007, at Instrument Number 2007012943.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

15-031352_FXF