United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
William P. Whearty
    Debtor

Case No. 15-17089-amc
Chapter 13

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey                 Page 1 of 1                  Date Rcvd: Oct 19, 2016
                              Form ID: pdf900              Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2016.
```
db             +William P. Whearty,    1620 Hampton Road,    Havertown, PA 19083-2506
13706535       +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9096
13699068       +U.S. Bank National Association,    c/o Nationstar Mortgage LLC,    P.O. Box 619096,
                 Dallas, TX 75261-9096
13620723       +U.S. Bank National Association,    C/O ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,   San Diego, CA 92177-7921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KARINA  VELTER    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR2
               amps@manleydeas.com
              KARINA  VELTER    on behalf of Creditor    U.S. Bank, N.A. amps@manleydeas.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor William P. Whearty msbankruptcy@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 11
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
: Case No.: 15-17089-amc
William P. Whearty : Chapter 13
: Judge Ashely M. Chan
Debtor(s) : * * * * * * * * * * * * * * * * * *
:
U.S. Bank National Association, as : Date and Time of Hearing
Trustee for GreenPoint Mortgage : October 18, 2016 at 11:00 a.m.
Funding Trust Mortgage Pass-Through : Place of Hearing
Certificates, Series 2007-AR2 :
Movant, : U.S. Bankruptcy Court
: 900 Market Street
vs : Philadelphia, PA 19107
:
William P. Whearty :

William C. Miller
Respondents.

### ORDER OF COURT

AND NOW, this _____ day of _____, 20__, upon consideration of the Motion for Relief from the Automatic Stay filed by U.S. Bank National Association, as Trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR2 ("Creditor"), it is hereby **ORDERED**, that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of U.S. Bank National Association, as Trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR2 in and to the Real Property of Debtor located at 718 Pine Street, Darby, PA 19023 and more particularly described in the Mortgage, recorded February 2, 2007, at Instrument Number 2007012943.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

15-031352_FXF