United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William P. Whearty  
    Debtor

Case No. 15-17089-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Linda      Page 1 of 2      Date Rcvd: Jul 16, 2018  
                      Form ID: 138NEW   Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2018.

```
db              +William P. Whearty,    1620 Hampton Road,    Havertown, PA 19083-2506
cr               ECMC,   PO BOX 16408,    SAINT PAUL, MN 55116-0408
cr              +NATIONSTAR MORTGAGE LLC,    c/o LeeAne O. Huggins, Esquire,    Shapiro & DeNardo, LLC,
                  3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13607678       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Attention: Recovery Department,
                  4161 Peidmont Pkwy.,    Greensboro, NC 27410)
13710999        +Bank of America, N.A.,    c/o Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,
                  3476 Stateview Blvd, MAC# D3347-014,    Fort Mill SC 29715-7203
13700793         Capital One, N.A.,    c o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
13607680        +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13607681        +Citizens Bank,    Attn: Bankruptcy Dept,    443 Jefferson Blvd Ms Rjw-135,
                  Warwick, RI 02886-1321
13850066         ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
14059705         GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
13607683       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Dr,
                  Lewisville, TX 75067)
13629415        +Navient Solutions, Inc. on behalf of PHEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
13629424         Navient Solutions, Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,
                  P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
13607685        +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Blvd Ms: Rjw-135,
                  Warwick, RI 02886-1321
13699034        +U.S. Bank NA,    c/o Nationstar Mortgage LLC,    Attention: Bankruptcy Department,
                  PO Box 619096,    Dallas TX 75261-9096
13706535        +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                  Dallas, TX 75261-9096
13699068        +U.S. Bank National Association,    c/o Nationstar Mortgage LLC,    P.O. Box 619096,
                  Dallas, TX 75261-9096
13620723        +U.S. Bank National Association,    C/O ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                  P.O. Box 17933,    San Diego, CA 92177-7921
13607686       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                  ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                  Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: megan.harper@phila.gov Jul 17 2018 02:04:23     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2018 02:03:31
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2018 02:04:09     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 02:08:31     Synchrony Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
13670671        +E-mail/Text: bncmail@w-legal.com Jul 17 2018 02:03:55     CERASTES, LLC,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13607679        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 02:07:39     Cap1/boscv,
                  26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13607682        +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 17 2018 02:02:59     Kohls/capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13607684        +E-mail/PDF: pa_dc_claims@navient.com Jul 17 2018 02:08:10     Navient,    Po Box 9500,
                  Wilkes Barre, PA 18773-9500
13627869         E-mail/PDF: rmscedi@recoverycorp.com Jul 17 2018 02:08:37
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                                TOTAL: 9
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: NATIONSTAR MORTGAGE, LLC.,    PO Box 619096,
                  Dallas, TX  75261-9741)
13710887*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX 75261-9741)
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: Linda                  Page 2 of 2                   Date Rcvd: Jul 16, 2018
                               Form ID: 138NEW              Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              KARINA   VELTER    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR2
               amps@manleydeas.com
              KARINA   VELTER    on behalf of Creditor    U.S. Bank, N.A. amps@manleydeas.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor William P. Whearty msbankruptcy@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: William P. Whearty

    Debtor(s)

Bankruptcy No: 15−17089−amc

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/16/18

66 − 65
Form 138_new