United States Bankruptcy Court
Eastern District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 15-17089-amc
William P. Whearty　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　　User: Stacey　　　　Page 1 of 1　　　　Date Rcvd: Aug 31, 2018
　　　　　　　　　　　　　　Form ID: 195　　　Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2018.
db　　　　　+William P. Whearty,    1620 Hampton Road,    Havertown, PA 19083-2506
cr　　　　　　ECMC,   PO BOX 16408,    SAINT PAUL, MN  55116-0408
cr　　　　　++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
　　　　　　 (address filed with court:   NATIONSTAR MORTGAGE, LLC.,    PO Box 619096,
　　　　　　　　Dallas, TX  75261-9741)
cr　　　　　+NATIONSTAR MORTGAGE LLC,    c/o LeeAne O. Huggins, Esquire,    Shapiro & DeNardo, LLC,
　　　　　　　3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr　　　　　　　　E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2018 01:51:18      Synchrony Bank,
　　　c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
　　　Miami, FL  33131-1605
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
　　　　　ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, as Trustee for
　　　　　　Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1
　　　　　　agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　　JEROME B. BLANK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
　　　　　KARINA  VELTER    on behalf of Creditor    U.S. Bank National Association, as Trustee for
　　　　　　GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR2
　　　　　　amps@manleydeas.com
　　　　　KARINA  VELTER    on behalf of Creditor    U.S. Bank, N.A. amps@manleydeas.com
　　　　　KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
　　　　　KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
　　　　　KRISTEN D. LITTLE    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
　　　　　LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
　　　　　LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
　　　　　MICHAEL SETH SCHWARTZ    on behalf of Debtor William P. Whearty msbankruptcy@verizon.net
　　　　　THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee for
　　　　　　Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1
　　　　　　tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
　　　　　WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
　　　　　WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
　　　　　　philaecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                           : Chapter 13

William P. Whearty                                                            : Case No. 15−17089−amc
      Debtor(s)

### *ORDER*
_____

    AND NOW, this day , August 31, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                        By The Court

                        Ashely M. Chan
                        Judge , United States Bankruptcy Court