United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-17089-amc
William P. Whearty                                                  Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2          Date Rcvd: Aug 31, 2018
                              Form ID: 3180W        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
```
db            +William P. Whearty,    1620 Hampton Road,    Havertown, PA 19083-2506
13607681      +Citizens Bank,    Attn: Bankruptcy Dept,    443 Jefferson Blvd Ms Rjw-135,
               Warwick, RI 02886-1321
14059705       GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
13710887     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX 75261-9741)
13629424       Navient Solutions, Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,
               P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
13699034      +U.S. Bank NA,    c/o Nationstar Mortgage LLC,    Attention: Bankruptcy Department,
               PO Box 619096,    Dallas TX 75261-9096
13706535      +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
               Dallas, TX 75261-9096
13699068      +U.S. Bank National Association,    c/o Nationstar Mortgage LLC,    P.O. Box 619096,
               Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Sep 01 2018 01:50:14      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2018 01:49:29
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2018 01:50:08      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13710999      +EDI: WFFC.COM Sep 01 2018 05:38:00      Bank of America, N.A.,    c/o Wells Fargo Bank, N.A.,
               Attention: Bankruptcy Department,    3476 Stateview Blvd, MAC# D3347-014,
               Fort Mill SC 29715-7203
13670671      +E-mail/Text: bncmail@w-legal.com Sep 01 2018 01:50:02      CERASTES, LLC,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13700793       EDI: BL-BECKET.COM Sep 01 2018 05:38:00      Capital One, N.A.,    c o Becket and Lee LLP,
               PO Box 3001,    Malvern, PA 19355-0701
13850066       EDI: ECMC.COM Sep 01 2018 05:38:00      ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
                                                                                    TOTAL: 7
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2018 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, as Trustee for
          Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1
          agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
          JEROME B. BLANK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
          KARINA  VELTER    on behalf of Creditor    U.S. Bank National Association, as Trustee for
          GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR2
          amps@manleydeas.com
          KARINA  VELTER    on behalf of Creditor    U.S. Bank, N.A. amps@manleydeas.com
          KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
```

```
District/off: 0313-2          User: admin              Page 2 of 2          Date Rcvd: Aug 31, 2018
                              Form ID: 3180W           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          KRISTEN D. LITTLE    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
          MICHAEL SETH SCHWARTZ    on behalf of Debtor William P. Whearty msbankruptcy@verizon.net
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee for
          Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1
          tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                    TOTAL: 14
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **William P. Whearty** | | Social Security number or ITIN **xxx−xx−2780** |
| | First Name   Middle Name   Last Name | | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN  _ _ _ _ |
| | | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | |
| Case number:  **15−17089−amc** | | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William P. Whearty

<u>8/30/18</u>

**By the court:**   <u>Ashely M. Chan</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**